infant, etc., against the New York Telephone Company. No opinion. Motion denied, without costs. See, also, 153 App. Div. 913, 137 N. Y. Supp. 1148.

WAY, Respondent, v. WENTZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Augustus F. Way against Elizabeth Wentz and others. No opinion. Judgment of the County Court of Queens county affirmed, with costs.

WEST, Appellant, v. DELAWARE & HUDSON CO. et al., Respondents (two cases). (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Francis D. West against the Delaware & Hudson Company and others. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to plaintiff to amend complaint on payment of costs in this court and at Special Term.

WESTCHESTER & BRONX REALTY & DEVELOPMENT CO. v. WHITLOCK et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the Westchester & Bronx Realty & Development Company against Benjamin M. Whitlock and others, as executors, etc. No opinion. Application denied, with $10 costs. Order signed. See, also, 80 Misc. Rep. 489, 141 N. Y. Supp. 592.

WESTERN NEW YORK & P. TRACTION CO., Appellant, v. ERIE R. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 4, 1913.) Action by the Western New York & Pennsylvania Traction Company against the Erie Railroad Company and another. No opinion. Appeal dismissed, without costs, upon stipulation filed.

WHITBECK, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Stephen Whitbeck against William H. Smith. No opinion. Order affirmed, with $10 costs and disbursements.

In re WHITE. (Supreme Court, Appellate Division, Second Department. June 24, 1913.) In the matter of William H. White, an attorney.

PER CURIAM. The motion of the Bar Association to confirm the report of the official referee herein is granted, and Mr. White is directed to appear at the bar of this court on Thursday, June 26, 1913, at 1 o'clock p. m. See, also, 154 App. Div. 950, 139 N. Y. Supp. 1149.

WHITE v. MADEIRA–MAMORE RY. CO. WALSH v. SAME. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Separate actions by Edward J. White and by D. Walsh against the Madeira-Mamore

Railway Company. No opinion. Applications denied, with $10 costs. Orders signed.

WHITE et al., Appellants, v. WATERS, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by James A. White and others against Percival L. Waters. S. Bacon, of New York City, for appellants. L. L. Kellogg, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 145 App. Div. 917, 130 N. Y. Supp. 1134.

WILEY, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by Bert Wiley against the Solvay Process Company.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE, J., dissents, upon the ground that the evidence shows that larger nails might have served the same purpose as a punch, and there was no proof that larger nails were not available as a part of the plant.

MERRELL, J., not sitting.

WILLIAMS v. RUTHERFORD REALTY CO. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Louise L. Williams against the Rutherford Realty Company. No opinion. Motion to dismiss appeal denied. Order filed.

WILLIAMS, Respondent, v. ZINGSEM, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by Edwin A. Williams against Frederick W. Zingsem, as executor, etc., and the Dime Savings Bank of Brooklyn.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, upon the ground that the court was without power to. strike out the answer of the defendant Zingsem, as executor, for failure to comply with the provisions of an order affecting him in his individual capacity. See, also, 142 N. Y. Supp. 1150.

WILLIAMS, Respondent, v. ZINGSEM, Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Edwin A. Williams against Frederick W. Zingsem, as executor, etc.

PER CURIAM. Motion to resettle order granted, to the extent of permitting the plaintiff to reply or demur to the counterclaim contained in the answer within 20 days after service of the order, on condition that he pay $10 costs; otherwise, motion denied, with costs. See, also, 142 N. Y. Supp. 1150.

WINSLOW v. WOOD et al. (Supreme Court, Appellate Division, Fourth Department. May 28, 1913.) Action by Bradley Winslow against Geo. M. Wood and others, as and constituting